Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Jasmine Behroozan, SBN 325761
jasmine@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUY THANH ALONZO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BLU DOT DESIGN & MANUFACTURING, INC., a Minnesota corporation; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No.: 2:21-cv-06958-AB-E<br><br>**NOTICE OF SETTLEMENT** |

1    Plaintiff Thuy Thanh Alonzo hereby notifies the Court that the claims of
2 Plaintiff have settled on an individual basis. A notice of dismissal with prejudice of
3 Plaintiff's individual claims will be filed upon execution of a formal settlement
4 agreement. Plaintiff reserves the right to reopen within thirty (30) days if a
5 settlement is not finalized.

7 Dated: October 19, 2021                    Respectfully Submitted,

9                                            /s/ Thiago M. Coelho
                                             Thiago M. Coelho
10                                           Jasmine Behroozan
11                                           **WILSHIRE LAW FIRM**
                                             *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 19, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: October 19, 2021     */s/ Thiago M. Coelho*
                              Thiago M. Coelho